| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kevin T. Simon - SBN 180967<br>SIMON RESNIK HAYES LLP<br>Attorneys at Law<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>Phone (818) 783-6251<br>Fax (818) 783-6253<br>Email: kevin@srhlawfirm.com<br><br>☒ *Attorney for:* Debtor(s) | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re: | CASE NO.: 1:10-bk-25107-AA |
|---|---|
| | CHAPTER: 13 |
| STEPHEN ROCHA | **NOTICE OF OBJECTION TO CLAIM** |
| | DATE: 10/02/2014<br>TIME: 9:00 am<br>COURTROOM: 303<br>PLACE: 21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |
| Debtor(s). | |

1. TO *(specify claimant and claimant's counsel, if any)*: <u>BAC Home Loans Servicing, LP. c/o Green Tree Servicing, LLC., its Successors and/or Assigns</u>

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim # <u>8-1</u>) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Date: <u>08/15/2014</u>

SIMON RESNIK HAYES LLP
Printed name of law firm

*[Signature]*
Signature

Date Notice Mailed: <u>08/15/2014</u>

Kevin T. Simon, Esq.
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 08/15/2014 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 08/15/2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 08/15/2014 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy
Honorable Alan M. Ahart
21041 Burbank Boulevard
Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/18/2014 | Maria Diaz | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 3007-1.1.NOTICE.OBJ.CLAIM

**CONTINUED SERVICE LIST**

**VIA ECF**

| | |
|---|---|
| Elizabeth F. Rojas | cacb_ecf_sv@ch13wla.com |
| United States Trustee | ustpregion16.wh.ecf@usdoj.gov |
| Bank of America NA | marlene.brookman@bankofamerica.com |
| Bank of America NA | andrew.edwards@bankofamerica.com |
| Bank of America NA | enoble@bankofamerica.com |
| ABank of America NA | emily.sadowski@bankofamerica.com |
| Bank of America NA | kendrick.stribling@bankofamerica.com |
| Bank of America NA | taneisha.tennard@bankofamerica.com |
| Bank of America NA | portia.worsham@bankofamerica.com |
| Polk Prober & Raphael | cmartin@pralc.com |
| McCarthy & Holthus, LLP | bknotice@mccarthyholthus.com |
| Perry W Wade | perry.w.wade@gt-cs.com |

**VIA U.S. MAIL**

**Debtor**
Stephen Rocha
3362 Cole Ave
Simi Valley, CA 93063

**BAC Home Loan Servicing, LP (Claim)(Certified Mail)**
Attn: Bankruptcy Department
400 National Way, Mail Stop CA6-919-01-23
Simi Valley, CA 93065

**BAC Home Loan Servicing, LP (Claim)(Certified Mail)**
Attn: Lawrence J. Buckley
PO Box 829009
Dallas, TX 75382-9009

**Green Tree Servicing LLC. (Transfer)(Certified Mail)**
Attn: Perry Wade
PO Box 6154
Rapid City, CA 57709-6154

**Green Tree Servicing, LLC. (Entity Address)(Certified Mail)**
Attn: Keith Anderson, President
1400 Landmark Towers
345 Saint Peter Street
Saint Paul, MN 55102

**Agent for Service of Process Green Tree Servicing, LLC. (Certified Mail)**
CT Corporation System
111 Eighth Avenue, 13th Floor
New York, NY 10011

**Agent for Service of Process Green Tree Servicing, LLC. (Certified Mail)**
CT Corporation System
555 Capitol Mall, Suite 1000
Sacramento, CA 95814

**Perry W. Wade (Interested Party)(Certified Mail)**
Green Tree Servicing LLC.
1400 Turbine Drive, Suite 200
Rapid City, SD 57701